IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CURTIS A. SMITH,**

    **Plaintiff,**

v.

**ILLINOIS ASSOCIATION OF
SCHOOL BOARDS, et al.,**

    Defendants.                             No.: 3-10-cv-00242-DRH-CJP

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

      Now before the Court is Plaintiff's motion for entry of Default Judgment as to Defendant Illinois Association of School Boards (Doc. 57).  **Federal Rule of CIvil Procedure 55** provides the procedure vehicle for obtaining a default judgment against a party.  The moving party must first seek an entry of default from the Clerk of the Court against the party in default, pursuant to Rule 55(a).[1]  Plaintiff failed to obtain such an entry of default prior to seeking default judgment.  Furthermore, the Plaintiff failed to comply with the certification required in SDIL-LR 55.1(b).  Therefore, the Court **STRIKES** Plaintiff's motion for default judgment.

      **IT IS SO ORDERED**.

                                      David R. Herndon
                                      2010.12.02
                                      10:41:32 -06'00'

                                    **Chief Judge
                                    United States District Court**

---

[1] There are two stages in a default proceeding – the establishment of the default itself, followed by the entry of a default judgment.  ***See In re Catt*, 368 F.3d 789, 793 (7th Cir. 2004)**.