IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CURTIS A. SMITH,**

    **Plaintiff,**

v.

**ILLINOIS ASSOCIATION OF
SCHOOL BOARDS, et al.,**

    **Defendants.**                                 No.: 3-10-cv-00242-DRH-CJP

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant Illinois Association of School Board's motion for leave to file its answer to Plaintiff's amended complaint (Doc. 59). Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **DIRECTS** Illinois Association of School Boards to file its answer to the amended complaint *instanter*. Further, the Court **DENIES as moot** Plaintiff's request for entry of Default as to Defendant Illinois Association of School Boards (Doc. 61), Illinois Association of School Boards' motion to strike (Doc. 62) and Illinois Association of School Board's motion for oral argument (Doc. 64).

    **IT IS SO ORDERED**.

                                               David R. Herndon
                                               2010.12.27
                                               16:37:24 -06'00'

                                           **Chief Judge
                                           United States District Court**