03988-S2402                                                              Law No. 09 L 1305

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CURTIS A. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Law No. 3:10-cv-00242-DRH-CJP |
| | ) | |
| ILLINOIS ASSOCIATION OF SCHOOL BOARDS; | ) | |
| and HIGHLAND COMMUNITY UNIT SCHOOL | ) | **JURY DEMAND** |
| DISTRICT NO. 5, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT HIGHLAND COMMUNITY UNIT SCHOOL DISTRICT NO. 5's
## ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

NOW COMES Defendant, HIGHLAND COMMUNITY UNIT SCHOOL DISTRICT NO. 5,

(hereinafter referred to as "Highland"), by and through its attorneys, DOUGLAS R. HEISE and

HEYL, ROYSTER, VOELKER & ALLEN, and for its Answer to Plaintiff's Third Amended Complaint,

states as follows:

### Common Allegations

1.      Highland admits that this Court has jurisdiction over this matter but denies that it

violated the Age Discrimination in Employment Act.

2.      Highland admits the allegations contained in paragraph 2 of Plaintiff's Complaint.

3.      Highland has insufficient information to either admit or deny the allegations of

paragraph 3.

4.      Highland has insufficient information to either admit or deny the allegations of

paragraph 4.

03988-S2402                                                                 Law No. 09 L 1305

5.      Highland admits the allegations contained in paragraph 5 of Plaintiff's Complaint.

6.      Highland admits that the IASB is an association in the State of Illinois which undertakes to procure employees for employers.  Highland cannot admit or deny the remaining allegations of paragraph 6.

7.      Highland admits the allegations of paragraph 7.

8.      Highland admits the allegations of paragraph 8.

9.   .   Highland admits the allegations of paragraph 9.

10.     Highland has insufficient information in which to either admit or deny the allegations contained in paragraph 10.

11.     Highland has insufficient information in which to either admit or deny the allegations contained in paragraph 11.

12.     Highland has insufficient information in which to either admit or deny the allegations contained in paragraph 12.

13.     Highland admits the allegations of paragraph 13.

14.     Highland has insufficient information to either admit or deny that Plaintiff applied for the Highland position.

Highland admits that it filled the superintendant position and admits that the person it hired is younger than Plaintiff.

15.     Highland has insufficient knowledge to either admit or deny the allegations contained in paragraph 15.

16.     Highland has insufficient knowledge to either admit or deny the allegations contained in paragraph 16.

17.     Highland admits the allegations contained in paragraph 17 of Plaintiff's Complaint.

18.     Highland admits the allegations contained in paragraph 18 of Plaintiff's Complaint.

19.     Highland admits the allegations contained in paragraph 19 of Plaintiff's Complaint.

20.     Highland admits the allegations contain in paragraph 20 of Plaintiff's Complaint.

WHEREFORE, having responded to Plaintiff's Complaint, Highland respectfully requests this Court to dismiss same, with prejudice, at Plaintiff's costs.

## Count I - Age Discrimination against IASB

21-24. Highland provides no answer to the specific allegations of this Count in that it is not addressed to it except to repeat and incorporate its responses to para 1-20 as if fully set forth herein.

## Count II – Age Discrimination against Highland Community Unit School Dist. #5

25.     Highland repeats and re-alleges its responses to paragraphs 1-20 as if fully set forth herein.

26.     Highland denies the allegations of paragraph 30.

27.     Highland denies the allegations of paragraph 31.

28.     Highland denies the allegations of paragraph 32.

WHEREFORE, having responded to Count II of Plaintiff's Complaint, Highland respectfully requests this Court to dismiss same, with prejudice, at Plaintiff's costs.

03988-S2402                                                                    Law No. 09 L 1305

### Count III – Retaliation under ADEA against IASB

29-32.  Highland provides no answer to the specific allegations of this Count in that it is not addressed to it except to repeat and incorporate its responses to paragraph 1-20 as if fully set forth herein.

### Count IV – Age Discrimination Under Illinois Human Rights Act Against IASB

33-40.  Highland provides no answer to the specific allegations of this Count in that it is not addressed to it except to repeat and incorporate its responses to paragraph 1-20 as if fully set forth herein.

### Count V – Retaliation Under Illinois Human Rights Act Against IASB

41-48.  Highland provides no answer to the specific allegations of this Count in that it is not addressed to it except to repeat and incorporate its responses to paragraph 1-20 as if fully set forth herein.

**DEFENDANT DEMANDS TRIAL BY JURY OF TWELVE
ON ALL COUNTS**.

                                     HIGHLAND COMMUNITY UNIT SCHOOL DISTRICT NO. 5,
                                                    Defendant

                              BY:_____
                                     HEYL, ROYSTER, VOELKER & ALLEN
                                          Douglas R. Heise
                                          ARDC #6195244

03988-S2402                                                                Law No. 09 L 1305

HEYL, ROYSTER, VOELKER & ALLEN
Suite 100
Mark Twain Plaza III
105 West Vandalia Street
P.O. Box 467
Edwardsville, Illinois 62025
Telephone:  618.656.4646
Facsimile:   618.656.7940
DRH/lmk

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this ___9th___ day of **June, 2011**, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Ferne P. Wolf
Sowers & Wolf, LLC
fw@sowerswolf.com
**Attorney for Plaintiff**

and

Nikoleta Lamprinakos
Stephen R. Miller
Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd.
Smiller@rsnlt.com
nlamprinakos@rsnlt.com
**Attorneys for Defendant Illinois Association of School Boards**

_____
Douglas R. Heise

16798835v1