IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CURTIS A. SMITH,

    **Plaintiff,**

v.

ILLINOIS ASSOCIATION OF
SCHOOL BOARDS, et al.,

    **Defendants.**                    No.: 3-10-cv-00242-DRH-CJP

## ORDER

**HERNDON, Chief Judge:**

The matter comes before the Court for case management. On July 6, 2011, Highland Community School District No. 5 filed an amended motion for summary judgment (Doc. 98). Thus, the Court **DENIES as moot** Highland Community School District No. 5's motion for summary judgment filed on June 23, 2011 (Doc. 86).

**IT IS SO ORDERED**.

Signed this 19th day of July, 2011.

David R. Herndon
2011.07.19
15:42:14 -05'00'

**Chief Judge**
**United States District Court**