IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CURTIS A. SMITH,**

    **Plaintiff,**

v.

**ILLINOIS ASSOCIATION OF
SCHOOL BOARDS, et al.,**

    **Defendants.**                    No.: 3-10-00242-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On August 18, 2011, defendant Highland Community Unit School District No. 5 filed a reply to plaintiff's memorandum in opposition to the motion for summary judgment (Doc. 124). Local Rule 7.1 (c) states in part:

> Reply briefs are not favored and should be filed only in exceptional circumstances. The party filing the reply brief shall state the exceptional circumstances.

Here, the reply brief does not state the exceptional circumstances as to why a reply brief is needed. Thus, the Court **STRIKES** the reply.

        **IT IS SO ORDERED.**

    Signed this 19th day of August, 2011.

                                      David R. Herndon
                                      2011.08.19
                                      07:27:58 -05'00'

                              **Chief Judge
                              United States District Court**